# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHEIDA HUKMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SNACKERS SINCLAIR, INC.,<br><br>    Defendant. | Case No. 2:23-cv-00501-CDS-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than June 6, 2023, a joint proposed discovery plan.

    IT IS SO ORDERED.

    Dated: May 31, 2023

_____<br>
Nancy J. Koppe<br>
United States Magistrate Judge