# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Sheida Hukman,

        Plaintiff

v.

Snackers Sinclair, Inc.,

        Defendant

Case No. 2:23-cv-00501-CDS-NJK

**Order Rejecting Proposed Joint Pretrial Order and Setting Hearing**

[ECF No. 41]

    The parties' proposed joint pretrial order (ECF No. 41) does not comply with Local Rules 16-3 and 16-4.

    LR 16-3(b) places "the initiative" on the pro se plaintiff to begin the process of conferring with the other parties in regard to preparing and filing the proposed joint pretrial order. Upon a review of the contents of the proposed joint pretrial order, plaintiff engaged in little, if any, discussions with the defendant. *See* ECF No. 41. The proposed order states that plaintiff's exhibits and witnesses are "unknown." *Id.* at 4, 5. This violates Local Rule 16-3(b)(12), which requires the parties to list their trial witnesses. LR 16-4 requires pretrial orders to follow the described format "[u]nless the court orders otherwise." Plaintiff did not provide the **required** content. *See generally* ECF No. 41.

    Local Rules 16-3 and 16-4 are designed to streamline trial preparation and presentation, and to foster settlement. The failure to comply with those rules prevents full participation in settlement discussions and deprives the other side the ability to efficiently prepare for trial.

    IT IS THEREFORE ORDERED that the parties' proposed joint pretrial order **[ECF No. 41]** is **REJECTED**.

IT IS FURTHER ORDERED that the parties must appear for a hearing to discuss the requirements of a joint pretrial order on **February 1, 2024, at 10:00 a.m.** in LV Courtroom 6B. Failure to appear may result in sanctions.

DATED: January 11, 2024

_____
Cristina D. Silva
United States District Judge