UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sheida Hukman,

        Plaintiff

  v.

Snackers Sinclair, Inc.,

        Defendant

Case No. 2:23-cv-00501-CDS-NJK

**Order Rejecting Second Proposed Joint Pretrial Order**

[ECF No. 51]

      The parties have filed a second proposed joint pretrial order that fairs only slightly better than its predecessor. ECF No. 51. While this version cures some of the deficiencies identified in my previous order, it still does not fully comply with Local Rule 16-4.

      First, it does not contain section IX which requires the parties to jointly offer three trial dates. Second, it does not include section X providing the estimated number of trial days nor the signatures of either party "approv[ing] as to form and content" as required by LR 16-4.

      IT IS THEREFORE ORDERED that the parties' second proposed joint pretrial order **[ECF No. 51] is REJECTED.** A proposed joint pretrial order that complies with the Local Rules must be submitted by April 16, 2024. Failure to comply with this order may result in sanctions, including the dismissal of claims.

Dated: April 2, 2024

                                        _____
                                        Cristina D. Silva
                                        United States District Judge