Electronically Filed
12/2/2022 1:46 PM
Steven D. Grierson
CLERK OF THE COURT

Sheida Hukman (Pro Se)
1001 E Sunset Rd #96321
Las Vegas, Nevada 89193
Phone 213-218-1536
Email- shuckman987@gmail.com

CASE NO: A-22-862015-C
Department 24

UNITED STATE DISTRICT COURT OF NEVADA

CLARK COUNTY, LAS VEGAS, NEVADA

| | |
|---|---|
| SHEIDA HUKMAN, Plaintiff, Vs. SNACKERS SINCLAIR Inc., Defendant | Case No.: Number<br>REQUEST FOR JURY TRIAL |

**Employment Discrimination Complaint**

Plaintiff respectfully submits this Employment Discrimination Complaint against her former employer Smackers Sinclair, Plaintiff State to the honorable court as follows:

Sheida Hukman (Pro Se)

/s/ Sheida Hukman

## I. Preliminary Statement

Plaintiff is a Middle Eastern of Kurdish decent from Iraq, Plaintiff poses a degree in computer science and information system from the University of New York and has over 15 years of customer service and supervisory experience in the customer service industry, she is also a multi Lingual possessing Language knowledge in English, Spanish, Farsi, Arabic and Kurdish, She had an excellent Attendance record (never called in sick, an excellent skills, provide excellent customer service, fast learner , completed all work assignment before leaving work, and was a good asset for Smackers Sinclair.

Plaintiff bringing this action against Snackers Sinclair Inc. for Discrimination, Harassment, Retaliation, denied overtime unlike others out of her protected class were receiving 10 to 25 hours overtime per week, reducing her40 hours to 30 hours per week, changing her days off without her knowledge and when she complained of harassment and discrimination, thy retaliated against her she was terminated from her job in violation of the civil rights act of 1964 because of her National Origin.

Plaintiff alleges the following causes of actions:

1. Intentional Discrimination, violation under title VII of the civil Rights Act of 1964 Based on National Origin. (Disparate Treatment).

a. Denied Overtime.

b. Reduce work hours.

2. Harassment in violation of Title VII of the civil Rights Act of 1964.

3. Retaliation in violation of Title VII of the Civil Rights Act of 1964 "42 U.S.C 200e Et Seq (Title VII).

4. Termination

II. History and Factual Facts

National origin discrimination involves treating people (applicants or employees) Unfavorably because, they are from a particular country or part of the world, because of ethnicity or accent, or

Because they appear to be of a certain ethnic background (even if they are not).National origin discrimination also can involve treating people unfavorably.

It is unlawful to harass a person because of his or her national origin. Harassment can Include, for example, offensive or derogatory remarks about a person's national origin, accent or Ethnicity. Although the law doesn't prohibit simple teasing, offhand comments, or isolated incidents that are not very serious, harassment is illegal when it is so frequent or severe that it creates a hostile or offensive work environment or when it results in An adverse employment decision (such as the victim being fired or demoted).

The harasser can be the victim's supervisor, a supervisor in another area, a co-worker, or someone who is not an employee of the employer, such as a client or customer.

Title VII of the Civil Rights Act of 1964 is a federal law that protects individuals from discrimination Based upon national origin. This extent to recruitment efforts this include hiring, firing or Layoff based on National Origin.

Plaintiff was hired by Snackers Sinclair in August 2021 as a Cashier , she was interviewed by Mr. Bill Bogus , She had the experience the skills and the knowledge to work for a convenient store and had her Tam Card , Health Card and Sheriff Card and was hired on the spot .

Plaintiff when hired was told and promised that , she will receive overtime , other employees old timer and new hires received 10 to 25 hours per week overtime out of her protected class , Ms. Inez Jackson ( Hispanic ) was given almost 15 to 20 hours per week , Ms. Tiffany Branson ( U.S ) was given 15 to 20 hours per week , Mr. Dwayne (unknown Last name )( African –American ) was given overtime almost 10 to 12 hours per Week, Mr. Devante (unknown last name) (African –American) was given almost 8 hours per week.

Plaintiff work hours was reduced to 30 hours when complained of Harassment and Discrimination Mr. Bill Bogas reduced her 40 hours unlike others (Ms. Tiffany Branson (U.S), Ms. Inez Jackson (Hispanic) Mr. Dwayne (unknown Last name) (African –American) and Mr. Devante (unknown Last name) (African –American) were receiving overtime 10 to 20 hours per week.

During the Plaintiff employment with Snackers Sinclair was subjected to various form of Discrimination, Harassment and Retaliation.

Plaintiff Complained to The Manager ( Mr. Bill Bogas ) and to the Owner Denny , they never responded to the complaint instead , reduce Plaintiff work hours , changed her days off and when she demanded to stop harassment and Discrimination , they terminated her employment with Smackers Sinclair .

On December 9th, 2021, Tiffany Branson (U. S) her position is Cashier was assigned to come to work at 6 am that's when her shift started 6am to 2pm. Ms. Tiffany Branson used To report to work either one hour or an hour and a half earlier than her shift and used to tell the Plaintiff to Leave work early an hour before the expected time so, she could get overtime and she was already Getting 15 hours overtime per week or more.

On December 9th, 2021 Tiffany reported to work 45 minutes earlier than the expected time, she walked in the store yelling at me, (You have to go). I was making Coffee when I was done I went to her and asked her what you mean I have to go, She Lied to me and said she didn't say anything. Ms. Branson make serious threats and does not want me in the store because of my National Origin and my accent and think all Iraqi are Terrorist.

Ms. Branson Title at Snackers Sinclair is a ( Cashier ) and claimed that , she is a Lead Agent , Plaintiff asked the supervisor if she is a Lead Agent , She laughed and said no and also another Cashier , She said there is no such a title at Snackers Sinclair .

Ms. Branson was constantly harassing the Plaintiff and report to work early and ask the Plaintiff to leave and also was getting involve into the Plaintiff Job duties and asked her to violate OSHA Standard requirement Cleaning the Frazil. One of the Plaintiff duties at the convenient store and since the Plaintiff had an experience to clean the Frazil and according to the instruction the Frazil Machine had to be cleaned every 3 weeks and dump the Liquid and replace it with a fresh liquid.

On and around the beginning of December Plaintiff was cleaning the Frazil and replacing the Liquid, She came into the store yelling and screaming and told the Plaintiff to keep the liquid and re use it. Plaintiff had argued with her and told her you cannot do this the liquid has to be replaced and cannot be reused according to the instruction and for Health Purpose. Ms. Branson claimed that "this bag of liquid coast $ 25 dollars and was yelling and screaming (I don't drink the god dam thing "I don't care you understand you have to save the liquid and reuse it and don't clean the Frazil machine anymore I will clean it .... She keep the frazil machine unclean for months (the machine was leaking and it was not fixed and she forbid the Plaintiff from cleaning the machine.

Ms. Branson would ask the Plaintiff to do her job on a daily basis, yelling and screaming at the

Plaintiff why am I not doing her Job, I had certain duty to complete before 6am before Ms. Branson arrive to work plus helping the customers and being responsible for the cash register. And had asked the Plaintiff to **make Six Pizzas** ready with all topping , ready for her before 5 O'clock in the morning and when Plaintiff asked the Manager Bill Bogus (He said only two Pizzas not six Pizzas).

Plaintiff informed Ms. Branson her about the Manager policy, she got really rude and nasty and was on Fire Plaintiff informed her if she is not busy will help her with the 6 Pizzas, she was not happy about Mr. Bogus \policy, she kept harassing the Plaintiff about the Pizzas and finding other excuses.

Ms. Branson personality, she is always in a bad mood and when thing doesn't go her way, she push other employees against the person who argues with her.

She had pushed Dwayne (African – American) Employee that, Plaintiff don't do anything and don't perform her job because she does not make Six Pizzas ready at 415 am when she arrives, she doesn't even give the employees a chance till 6 O'clock she shows up early and need everything to be ready for her and ask the Plaintiff to Leave early, it was on a daily basis and she want to get more overtime.

She also pushed Devante ( African – American ) ( cashier ) against the Plaintiff and told him that , Plaintiff doesn't listen to her and makes a lot of tip , and she is going to be fired , Devante took advantage and started to steal the Plaintiff tip and don't do his job . He would make a mess and Plaintiff had to clean and he would make the wrong order, she would not say anything to him and started teaching him everything so , when I get fired he could take over , That's per Mr. Devante because she told him I am going to get fired. She would show up at 1 or 2 am in the morning to show him how to clean the oven when the Plaintiff and another agent showed him how to clean the oven so, she could get overtime and harass the Plaintiff.

Ms. Branson also set up the Rules at the store, she had asked the Plaintiff not to clean the equipment at night, the most important thing to make her 6 Pizzas ready so, and when she comes in the morning everything will be easy for her and do her Job.

Ms. Branson constant harassment and discrimination against me because she thinks that, my national origin (Iraq) and where I come from are Terrorist.

However there was another issue with Ms. Branson, Bill Bogas (the manager) (U.S) and the owner Mr. Denny (Unknown Last Name) (U. S) everything that you say in the store they know about And Plaintiff was not

And the other employees Except Tiffany Branson had a knowledge that the cameras inside the stores had an audio, they could hear everything and they listen to the conversation and the video on a daily basis. (They did not inform the employees in writing or verbally nor they posted a sign,

On December 16th, 2021. Plaintiff have informed the Manager Mr. Bill Bogas about Ms. Tiffany Branson in writing and in detail.

Mr. Bill Bogus did not conduct any investigation nor did he contact the Plaintiff to discuss the issue instead he set the Plaintiff up with Ms. Laura Williams-Anderson (U.S) she is a discriminator who hates the Middle Eastern and had stolen money from the Plaintiff bank account and use chemical poisoning to put people to sleep.

Mr. Bogas instead wrote, the Plaintiff up, reduced her work hours and changed her Schedule, He retaliated and discriminated against her for being (Iraqi).

Mr. Bogas is not familiar with the EEOC Guideline, He discriminate and Retaliate against the employee and did not discuss or conduct any investigation, He accepted the harassment, discrimination and he retaliated against the Plaintiff.

On December 25th, 2021. Plaintiff contacted Mr. Denny (unknown last name) (the Owner) and he confirmed that, he is not going to fire Tiffany no matter what). They accepted Harassment and Discrimination and Plaintiff informed him clearly if he doesn't resolve the issue she will file a complaint with the EEOC because what Bill Bogas and Tiffany Branson doing (they have an affair) is wrong and they should be addressed. He made it very clear to me that, he is not going to address them or do anything about the harassment and discrimination,

On December 25th, 2022. Plaintiff emailed Mr. Bogas and informed him about the discrimination and retaliation and asked him to change the schedule back to 40 hours instead of 30 because he had changed her days off and reduced her work hours.

On December 27th, 2021, Mr. Bill Bogas left a message for the Plaintiff that, she does not need to report to work because he terminated her employment with the company because she engaged in protected activity and the company retaliated against her and need her to pick up her stuff from the store.

Also during Plaintiff employment with Smackers Sinclair was subjected to other various Comments and derogatory remarks about her Religion, not eating Pork. Mr. Bogas and the owner during the Holiday purposely and had never done this during the past years gifted everyone uncooked ham, ointment and other

Christmas gift to everyone including Ms. Hukman and had told them various times that, she does not eat pork and celebrate Christmas Mr. Bogas, Ms. Branson were making fun and Laughing at her because she is Iraqi.

The law makes it illegal for an employer or other covered entity to use an employment policy or practice that applies to everyone, regardless of national origin, if it has a negative impact on people of a certain national origin and is not job-related or necessary to the operation of the business.

An employer can only require an employee to speak fluent English if fluency in English is necessary To perform the job effectively. An "English-only rule", which requires employees to speak only English on the job, is only allowed if it is needed to ensure the safe or efficient operation of the employer's business and is put in place for nondiscriminatory reasons.

Plaintiff have an accent but speak English fluently

An employer may not base an employment decision on an employee's foreign accent, unless the accent seriously interferes with the employee's job performance.

Title VII of the Civil Rights Act of 1964 prohibits discrimination in employment on the basis of sex, race, color, national origin, and religion. Employment discrimination actions may be shown by direct evidence or through the burden-shifting framework outlined in McDonnell Douglas Corp. v. Green. Under the McDonnell Douglas burden-shifting framework, first, the plaintiff must establish a prima facie case of employment discrimination. Next, the employer bears the burden of production and must articulate a non-discriminatory reason for the adverse employment action. If an employer establishes a non-discriminatory reason, then, the burden shifts back to the plaintiff to prove by a preponderance of the evidence that the employer's articulated reason is a mere pretext, and that the True reason is discriminatory.

To establish a prima facie case of discrimination based on disparate treatment a plaintiff showed that she (1) is a member of a protected class, (2) suffered an adverse employment action, (3) Met his employer's legitimate expectations at the time of the adverse employment action, and (4) Was treated differently from similarly situated employees outside his protected class.

Plaintiff completed her task work on a daily basis , she did not call in sick unlike others constant calling in sick ,including Ms. Branson , Mr. Dwayne ( unknown last name ) and all other employees .

Around November 2021, A woman came to the Convenient Store (African – American) and

started harassing the Plaintiff , Plaintiff have asked her several times to leave the store , she refused and she had mentioned to the Plaintiff that , she knows a lot of thing about the Plaintiff through a person , Plaintiff immediately recognized the person ( Laura Williams-Anderson ) who is friendly with Ms. Branson .

The Plaintiff has asked the African –American woman to Leave, Plaintiff opened the door for the woman to Leave. The woman starting hitting the Plaintiff, A regular customer who is a Security Guard saved the Plaintiff and tried to stop her from hitting the Plaintiff. Plaintiff contacted the Police, the police showed, removed the woman from the store and gave her a Trespass and Plaintiff learned that, Ms. Williams-Anderson doing (who is in contact with Ms. Branson and Mr. Bogas. Plaintiff requested from Mr. Bogas the trespass information various times he refused to provide her with the information because the Police informed her if she want to press charges she could do so on a later date .

## III. JURISDICTION AND VENUE

All the events referred to in the allegations contained herein occurred within the boundaries of Las Vegas, Nevada therefore both jurisdiction and venue properly lie with this court.

## IV. PARTIES

Plaintiff Sheida Hukman, is an Individual who is currently and was at all relevant times herein a resident of the State of Nevada county of Clark, City of Las Vegas.

Defendant Snackers Sinclair is a convenient store Incorporated organized and existing by virtue of the Laws of the State of Nevada and will be served with the process to their employment Office at 3315 S Valley View Blvd, Las Vegas, NV 89102

## V. CAUSES OF ACTION

### 1. FIRST CAUSE OF ACTION

National Origin Discrimination in Violation of the Civil Rights Act of 1964

Plaintiff hereby, incorporate by reference, all other paragraph in this complaint as through fully set forth herein.

Plaintiff complained to Defendant (Smackers Sinclair Inc.)Owner and the Manager what reasonably , In Good Faith to be National Origin Discrimination , The Discriminatory Acts included ,but not limited to subjecting Plaintiff to Loss her Job .

Defendant discriminatory conduct was a substantial factor in causing the Plaintiff Harm.

**2. SECOND CAUSE OF ACTION**

**Harassment in violation of Title VII of the civil rights act of 1964**

Plaintiff hereby, incorporate by reference. All other paragraph in this as though fully set forth herein.

Plaintiff was harassed by Smackers Sinclair Employees in violation of Title VII of the Civil Rights Act of 1964.

Plaintiff complaint about Harassment, were a motivating factor in Defendant decision to take an adverse action against the Plaintiff and terminate her Employment.

Defendant Harassment conduct caused the Plaintiff to suffer harm, including Emotional distress and Economic Loss.

**Defendant Harassment Conduct was a substantial factor in causing the Plaintiff Harm.**

**3. THIRD CAUSE OF ACTION**

**Retaliation in violation of Title VII of the Civil Rights Act of 1964**

Plaintiff hereby, incorporate by reference all other Paragraph in this complaint as through fully set forth herein.

Plaintiff complained to Defendant, The Manager about Smackers Sinclair Employees and what she reasonably and in Good Faith believed to be Retaliation.

The Retaliatory acts included, but were not limited to subjecting Plaintiff to suffer, harm, emotional stress and Economic Loss.

**Defendant, retaliating conduct was a substantial factor in causing Plaintiff's harm.**

**4. FOURTH CAUSE OF ACTION**

**Termination**

Plaintiff hereby, incorporate by reference, all other paragraph in this complaint as though fully set forth herein.

Plaintiff complaint of Discrimination , Harassment , Discrimination and Retaliation , Smackers Sinclair and the Manager failed to conduct investigation , she was told the harasser won't be spoken to or terminate her employment or the manager because the manager is his cousin and Plaintiff was terminated immediately after her spoken to the Owner of the convenience store .

Plaintiff Complaint of Discrimination, Harassment and Retaliation was a motivating factor in Defendant Decision to take an Adverse Action against the Plaintiff.

**VI. REQUEST FOR RELIEF**

**Wherefore Plaintiff Request a Relief against Defendant Smackers Sinclair as follows:**

**1. Back Pay and Overtime.**

**2. Punitive Damages.**

**3. Compensatory Damages (emotional pain and suffering) / loss of reputation and future earnings.**

**VII. CONCLUSION**

For all the forgoing reasons, Plaintiff has a serious and plausible claims against Snackers Sinclair Inc., and the court should grant the Motion on the issues raised and grant a Jury Trial.

Respectfully submitted by Sheida Hukman (Pro Se)

/s/ Sheida Hukman

Date: November 29th, 2022

**REQUEST F0R A JURY TRIAL**

Plaintiff, hereby demand a trial by jury for each and every claim for which the right to Jury Trial.

/ S / Sheida Hukman
Respectfully submitted by Sheida Hukman
1001 E Sunset Road, Unit 96321
Las Vegas, Nevada 89193
Tel- 213-218-1 536
Email-shuckman987@gmail.com
Date – November 29th, 2022

**CERTIFICATE OF SERVICE**

I Sheida Hukman certify that, on November 29th, 2022. A copy of the forgoing, employment Discrimination Complaint notice of this filing will be electronically field and Defendant will be served via a Messenger and by electronic email.

Snackers Sinclair
3315 S Valley View Blvd
Las Vegas, Nevada 89193
Date: 29th of November, 2022

Sheida Hukman (Pro Se)
100 E Sunset Road, Unit 96321
Las Vegas, Nevada 89193
Phone \ 213-218-1536
Email\ shuckman987@gmail.com

**LAS VEGAS DISTRICT COURT**
**CLARK COUNTY, NEVADA**

SHEIDA HUKMAN,

Plaintiff, Case No:

Vs.

SNACKERS SINCLAIR. Declaration of Sheida Hukman

Defendant,

---

**DECLARATION OF SHEIDA HUKMAN**

**I Sheida Hukman Declare:**

1. I am representing myself as a Pro Se in the United State District Court Clark County, Nevada. All of the information set forth herein is based on my personal knowledge and if called to testify, I could and would competently testify thereto.

This Declaration was executed on this day November 29th, 2022 at Las Vegas, Nevada

I declare under penalty of Perjury and the Laws of the United States of America, that the forgoing is true and correct.

Respectfully submitted by Sheida Hukman
/s/ Sheida Hukman
1001 E Sunset Road, Unit 96321
Las Vegas, Nevada 89193
Tel-213-218-1536
Email.shuckman987@gmail.com
Date: 29th of November, 20