UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sheida Hukman,

        Plaintiff

  v.

Snackers Sinclair, Inc.,

        Defendant

Case No.: 2:23-cv-00501-CDS-NJK

**Order Granting Plaintiff's
Motion to Extend Time**

[ECF No. 66]

Plaintiff Sheida Hukman moves for an extension of time to file a response to defendant Snackers Sinclair, Inc.'s (hereinafter, Harman[1]) motion for determination of vexatious litigant. ECF No. 66. Hukman requests a 16-day extension, which would move the response deadline from October 2, 2024, to October 18, 2024. *Id.* Hukman seeks this extension because of the voluminous exhibits[2] submitted in support of Harman's motion. *Id.* Harman does not oppose. *Id.* For those reasons and because I find there is good cause, Hukman's motion requesting an extension of time to respond **[ECF No. 66] is GRANTED**. The response deadline is extended to October 18, 2024, with the reply due by October 25, 2024.

Dated: September 30, 2024

_____
Cristina D. Silva
United States District Judge

---

[1] Defendant notes that Snackers Sinclair, Inc., is improperly named in this action and that the proper defendant is Harman Unlimited, Inc. ECF No. 65 at 1.

[2] Although Harman did not incorporate its exhibits directly in its base document, it fails to file its exhibits as separate files and therefore violates LR IC 2-2(a)(3). *See* ECF No. 65-1 (combining exhibits A through M into a single 203-page file). Harman is also reminded that an index of exhibits must be provided (LR IA 10-3(d)). These and the other local rules exist to streamline court processes and preserve court resources, so I direct Harman to follow them in the future in this case and any other litigation in this district.